# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter   13 |
| | : | |
| Teresa M. Myers-Thompson | | |
| | : | |
| Debtor | : | Bankruptcy No. 21-12475 |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 9-10-21, this case is hereby DISMISSED.

October 13, 2021

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Missing Documents:

Matrix List of Creditors
Chapter 13 Plan
Pro Se Statement
Proper Form of Petition
Chapter 13 Statement of Your Current Monthly Income and Calculation of
Commitment Period Form 122C‐1
Means Test Calculation Form 122C‐2 ‐ <I>If Applicable</I> ‐
Schedules AB‐J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106

bfmisdoc